IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

PUERTO RICO FARM CREDIT, ACA

    Plaintiff

v.

ENRIQUE GARCIA RODRIGUEZ,
HERMINIA MARRERO GUTIERRES,
and the conjugal partnership
constituted between them

    Defendants

CIVIL NO. 98-2195 (JP)

COLLECTION OF MONEY AND
FORECLOSURE OF MORTGAGE

## ORDER OF CONFIRMATION OF SALE

The report of the Special Master Janet Castro, Esq., of the acts done by her under the provisions of the judgment entered on December 28, 1998 is hereby approved; and upon motion filed by the plaintiff, the sale, made by the Special Master at the public sale held on August 13, 1999 of the property referred to in said judgment, to B.L. Investment Corp., in the sum of $48,900.00, is hereby confirmed.

The bid made, as aforesaid, by B.L. Investment Corp. is hereby ordered to be credited to the amounts adjudged to be paid to the plaintiff under the terms of said judgment.

The Court further orders that the Special Master proceed at once to execute a deed of conveyance to B.L. Investment Corp. of the property sold.

San Juan, Puerto Rico, this 1st day of March, 2000.

UNITED STATES DISTRICT JUDGE