UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

PUERTO RICO FARM CREDIT, ACA,
    Plaintiff

vs.                                                           CIVIL NO. 98-2195 (JP)

ENRIQUE GARCIA RODRIGUEZ, et al.
    Defendants

### ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** March 6, 2000<br>**Docket:** # 19<br>[x] **Plffs** [] **Defts**<br>**Title:** Motion for Withdrawal of Funds | **GRANTED.** Plaintiff may withdraw deposited by the Special Master with the Clerks Office after the public sale to apply them in accordance with the judgment entered herein. |

Date: 3/7/00

JAIME PIERAS, JR.
U.S. Senior District Judge

Rec'd:      EOD:

By:      # 20

finance
2