UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED

00 MAY 11 AM 10:07

CLERK'S OFFICE
DISTRICT COURT
SAN JUAN. P.R.

PUERTO RICO FARM CREDIT ACA          :

      Plaintiff          :          CIVIL NO. 98 – 2195(JP)
                                     :
                                     :          FORECLOSURE OF MORTGAGE
                                     :
      Vs.                :
                                     :
                                     :
                                     :
                                     :
ENRIQUE GARCIA RODRIGUEZ,            :
Et als..                             :
                                     :
      Defendants         :
_____      :

RECEIVED & FILED
00 MAY 23 AM 8 12
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

## *ORDER FOR EVICTION*

Upon motion filed by B.L. Investments, Inc. herein, and it appearing from the records of this Court that the public sale of the mortgaged property was adjudicated to B.L. Investments, Inc.and that the defendants and/or present occupants are still occupying the property and have refused to surrender the same to the plaintiff :

NOW, THEREFORE, the Court hereby orders the United States Marshal for this District to proceed forthwith and to evict the defendants and/or present occupants from the property referred to in said judgment and described herein below in the manner and form provided in said judgment and as herein further provided :

SO ORDERED in San Juan, Puerto Rico, this *19TH* day of *MAY*, 2000.

_____
UNITED STATES DISTRICT JUDGE

(3)

(22) no