UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| PUERTO RICO FARM CREDIT, ACA | : |
| PLAINTIFF | : |
| | : CIVIL NO. 98-2195 (JP) |
| Vs | : |
| | : |
| ENRIQUE GARCIA RODRIGUEZ, | : COLLECTION OF MONEY AND |
| HERMINIA MARRERO GUTIERREZ | : FORECLOUSURE OF MORTGAGE |
| And the conjugal partnership constituted | : |
| Between them | : |
| DEFENDANTS | : |

ORDER FOR CANCELLATION OF JUNIOR LIENS

Upon motion filed by B.L. Investments, Inc., who according to Court records was adjudicated the public sale of the mortgaged property, the court hereby Orders the Registrar of Property to cancel all junior liens that are described at the Notice of Sale.

SO ORDERED in San Juan, Puerto Rico, This 11 day of Sept of the year 2000.

_____
JUDGE